IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) Criminal No.  5:03-cr-30053 |
| HECTOR RODIQUEZ-LOPEZ, | ) |
| DOMINGO ROMERO MOLINA, | ) |
| ARMANDO HERNANDEZ-CRUZ | ) |
| CHARLES SHOEMAKER | ) |
| PATRICK LEE DONOVAN | ) |
| KEITH LYNN DELLINGER | ) |


## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please enter the appearance of JEB T. TERRIEN as lead counsel in the case on behalf of the United States of America.


Date:May 22, 2008                    By: s/Jeb T. Terrien
                                     Jeb T. Terrien
                                     United States Attorney's Office